# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO. 4:21-cr-00442-10 |
| SAUL MEJIA-GALARZA | § § | |

## ENTRY OF APPEARANCE OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court. I wish to enter my appearance as retained counsel for the above-named defendant in this cause.

Dated: May 28, 2025

                Respectfully submitted,

                /s/ Matthew J. Hefti
                Matthew J. Hefti
                State Bar No. 24099300
                **LOONEY SMITH CONRAD & HEFTI P.C.**
                11767 Katy Freeway, Ste. 740
                Houston, TX 77079
                Ph.No. (281) 597-8818
                Fax.No. (281) 597-8284
                mjhefti@lschlaw.com

## CERTIFICATE OF SERVICE

I, Matthew J. Hefti, do hereby certify that a true copy of the foregoing instrument was electronically served on the Assistant United States Attorneys for the Southern District of Texas, Houston Division in this case, on May 28, 2025 through the CM/ECF filing system.

                By: /s/ Matthew J. Hefti
                Matthew J. Hefti