United States District Court
Southern District of Texas
**ENTERED**
June 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 4:21-CR-442 |
| SAUL MEJIA-GALARZA | § § § | UNDER SEAL |

## ORDER RESETTING SENTENCING

At the request of the United States, the sentencing of the Defendant is hereby reset.

1. Counsel will file objections or a statement of no objection by January 9, 2026
2. Responses to objections will be filed by January 23, 2026.
3. The Probation Office will submit the final PSR with an addendum by February 6, 2026
4. The sentencing will be held on February 18, 2026 at 8:30 AM.
5. The Government's motion is to be maintained under SEAL. The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 23rd day of June 2025, at Houston, Texas.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE